United States District Court
For the Northern District of Georgia
Atlanta Division

| | |
|---|---|
| Dexter Laney, § § § *Plaintiff,* § v. § BBB Logistics, Inc. d/b/a Diligent § Delivery Systems, a foreign corporation § § *Defendant* § | Civil Action No. 1:18-cv-02071-SDG |

## Notice of Appeal

Defendant BBB Logistics, Inc. d/b/a Diligent Delivery Systems ("BBB") appeals from the Opinion and Order dated May 20, 2020 (Docket Entry 76) to the Eleventh Circuit Court of Appeals. BBB files this notice of appeal within thirty (30) days of the Court's order granting Plaintiff's Motion for Attorney's Fees and Expenses (Docket Entry 68). BBB does not appeal from the remaining rulings in the Opinion and Order.

Respectfully submitted,

/s/ Maurice J Bernard, III

_____
MAURICE J BERNARD, III
Attorney for Defendant
Georgia Bar No. 054850

3717 Chamblee Dunwoody Road
Atlanta, Georgia 30341
(678) 530-0900
mbernard@mauricejbernard.com

1

Of Counsel:

Maurice Bresenhan, Jr. (pro hac vice)
Texas Bar No. 02959000
mbresenhan@zbplaw.com
Pascal Paul Piazza (pro hac vice)
Texas Bar No. 15966850
ppp@zbplaw.com
1177 West Loop South, Ste 950
Houston, Texas 77027
(713) 965-9969

## Certificate of Service

I hereby certify service of a true and correct copy of this Notice of Appeal on the 15th day of June, 2020, as follows:

Kimberly N. Martin
Thomas F. Martin
Martin & Martin, LLP
P. O. Box 1070
Tucker, GA 30085
**ECF**

/s/ Maurice J Bernard, III
_____
MAURICE J BERNARD, III