IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Dexter Laney, § | |
| § | |
| *Plaintiff,* § | |
| v. § | Civil Action No. 1:18-cv-02071-SDG |
| § | |
| BBB Logistics, Inc. d/b/a Diligent § | |
| Delivery Systems, § | |
| § | |
| *Defendant.* § | |

## **ORDER**

Upon previously granting the parties' Joint Motion for Approval of Settlement Agreement and Release and Plaintiff's Motion for Attorneys' Fees and Expenses [ECF 76] and by agreement of the parties for the payment by Defendant to Plaintiff's Counsel for additional fees and expenses for Defendant's appeal, the Court hereby ORDERS Defendant to make payments in accordance with the Settlement Agreement within ten (10) days of this Order in the amounts of $26,000 to Plaintiff and $140,010.70 to Plaintiff's counsel. It is further ORDERED that within ten (10) days of receipt of payments, Plaintiff shall file a Notice of Dismissal with Prejudice. DONE and ORDERED this the 14th day of July 2021.

_____
The Honorable Steven D. Grimberg
Judge, United States District Court
Northern District of Georgia